UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BEST AND VICTORIA BEST,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, (MERS); HOMEQ SERVICING, LITTON LOAN SERVICING LP.; WMC MORTGAGE CORP.; SOUTHWEST EQUITY MORTGAGE, DOES 1 - 10,<br><br>    Defendants. | Case No. EDCV 11-00115 VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendant Litton Loan Servicing is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 23, 2011

                                            VIRGINIA A. PHILLIPS
                                      United States District Judge