UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BEST AND VICTORIA BEST,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, (MERS); HOMEQ SERVICING, LITTON LOAN SERVICING LP; WMC MORTGAGE CORP.; SOUTHWEST EQUITY MORTGAGE, DOES 1 - 10,<br><br>    Defendants. | Case No. EDCV 11-00115 VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendants Ocwen Loan Servicing, LLC; Mortgage Electronic Registration Systems, (MERS); and Barclays Capital Real Estate, Inc., dba HomEQ Servicing, is DISMISSED WITHOUT

PREJUDICE. The Court orders that such judgment be entered.

Dated: March 23, 2011

VIRGINIA A. PHILLIPS
United States District Judge

2