UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BEST AND VICTORIA BEST, </br></br> Plaintiff, </br></br> v. </br></br> OCWEN LOAN SERVICING, LLC; et al., </br> Defendants. | Case No. EDCV 11-00115 VAP (FMOx) </br></br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendant Southwest Equity Corp. d.b.a. Southwest Equity Mortgage is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 23, 2011

VIRGINIA A. PHILLIPS
United States District Judge